# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *    *
ESKRIDGE ENTERPRISES, LLC,           *
                                     *
                                     *
                                     *
              Plaintiff,             *
                                     *   No. 18-555C
v.                                   *   Filed: July 2, 2018
                                     *
UNITED STATES,                       *
                                     *
              Defendant.             *
                                     *
* * * * * * * * * * * * * * * * *    *
```

## O R D E R

The court is in receipt of the parties' July 2, 2018 stipulation of dismissal with prejudice, in which the parties state that "the parties stipulate and agree to dismiss this action with prejudice, with each party to bear its own costs, attorneys' fees, and expenses." Pursuant to Rule 41(a) of the Rules of the United States Court of Federal Claims (2018), the court **ORDERS** that the above-captioned case be **DISMISSED** with prejudice.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**